**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: REESTABLISHMENT OF THE | : | NO. 512 |
| MAGISTERIAL DISTRICTS WITHIN THE | : | |
| 29th JUDICIAL DISTRICT OF THE | : | MAGISTERIAL RULES DOCKET |
| COMMONWEALTH OF PENNSYLVANIA | : | |

**ORDER**

**PER CURIAM**

 **AND NOW**, this 13th day of September 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 29th Judicial District (Lycoming County) of the Commonwealth of Pennsylvania, it is hereby **ORDERED AND DECREED** that the Petition, which provides for the reestablishment of Magisterial Districts 29-3-01 and 29-3-03 within Lycoming County as they currently exist, to be effective immediately; that the realignment of Magisterial Districts 29-1-01 and 29-1-02, to be effective January 1, 2023; and that the realignment of Magisterial Districts 29-3-02 and 29-3-04, to be effective January 1, 2024, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 29-1-01<br>Magisterial District Judge Christian D. Frey | City of Williamsport (Wards 3, 4, 5, 6, 7) |
| Magisterial District 29-1-02<br>Magisterial District Judge Aaron S. Biichle | City of Williamsport (Wards 1, 2, 8, 9, 10, 11, 12, 13) |
| Magisterial District 29-3-01<br>Magisterial District Judge Denise L. Dieter | Anthony Township<br>Bastress Township<br>Brown Township<br>Cummings Township<br>Jersey Shore Borough |

Limestone Township
McHenry Township
Mifflin Township
Nippenose Township
Piatt Township
Pine Township
Porter Township
Salladasburg Borough
Watson Township
Woodward Township

Magisterial District 29-3-02
Magisterial District Judge Gary A. Whiteman

Cascade Township
Eldred Township
Fairfield Township
Gamble Township
Loyalsock Township (precincts 4, 5, 7)
Montoursville Borough
Plunketts Creek Township
South Williamsport Borough
Upper Fairfield Township

Magisterial District 29-3-03
VACANT

Brady Township
Clinton Township
Franklin Township
Hughesville Borough
Jordan Township
Mill Creek Township
Montgomery Borough
Moreland Township
Muncy Borough
Muncy Creek Township
Muncy Township
Penn Township
Picture Rocks Borough
Shrewsbury Township
Washington Township
Wolf Township

Magisterial District 29-3-04
Magisterial District Judge William C. Solomon

Armstrong Township
Cogan House Township
Duboistown Borough
Hepburn Township
Jackson Township
Lewis Township
Loyalsock Township (precincts 1, 2, 3, 6)
Lycoming Township
McIntyre Township

McNett Township
Old Lycoming Township
Susquehanna Township